IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY DON H., | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:19-CV-2441-D |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
|     DEFENDANT. | § | |

## ORDER

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

January 5, 2021.

                                                            SIDNEY A. FITZWATER
                                                             SENIOR JUDGE